1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONALD RAMSEY,                          )        NO.  CV 15-9601-VBF (AGR)
                                        )
              Plaintiff,                )
                                        )        ORDER ACCEPTING FINDINGS AND
       v.                               )        RECOMMENDATION OF UNITED
                                        )        STATES MAGISTRATE JUDGE
DAVID MORENO, et al.,                   )
                                        )
              Defendant.                )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

file, and the Report and Recommendation of the United States Magistrate Judge.  No

objections to the Report have been filed. The Court accepts the findings and

recommendation of the Magistrate Judge.

        IT IS ORDERED that (1) Defendant's motion for summary judgment is denied

without prejudice; and (2) Defendants' motion for a stay is granted; (3) Defendants

shall file a status report within 90 days after entry of this Order and every 90 days

thereafter until Plaintiff's criminal prosecution is concluded at the trial court level; and

(4) Defendants shall promptly notify this court of the disposition of Plaintiff's criminal

prosecution at the trial level in the final status report.

DATED:  January 12, 2017

                                        _____
                                                VALERIE B. FAIRBANK
                                             United States District Judge