JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD RAMSEY,**<br><br>Plaintiff,<br><br>**v.**<br><br>**D. MORENO et al.,**<br><br>Defendants. | **Case No. LA CV15-09601-**VBF-AGR<br><br>**ORDER**<br>**Dismissing Action <u>With</u> Prejudice;**<br>**Terminating the Case (JS-6)** |

In accordance with the parties' joint Stipulation for Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedural 41(a)(1)(A)(ii) filed October 3, 2018, this action is dismissed <u>with</u> prejudice.

Each party shall bear its own attorneys' fees and costs.

The Clerk of Court SHALL TERMINATE the case (JS-6).

IT IS SO ORDERED.

Dated: October 10, 2018

_Valerie Baker Fairbank_

_____

The Honorable Valerie Baker Fairbank
Senior United States District Judge